IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **VERNARDO HENLEY,** | : | **7:23-cr-065–WLS–ALS-07** |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

On February 21, 2025, the Court received correspondence from Defendant Vernardo Henley ("Henley") requesting that the Court appoint new counsel to represent him going forward in his case. Copies of Henley's correspondence were provided to Counsel for the Parties via email, and Counsel shall be prepared to address Henley's request at Henley's sentencing hearing.[1]

**SO ORDERED**, this 24th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Henley's sentencing hearing will be scheduled by separate order.