## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,              :
                                       :
                                       :        **CASE NOS:**
    v.                                 :     **7:23-cr-65–WLS-AGH-07**
                                       :     **7:15-cr-2–WLS-ALS-11**
**VERNARDO HENLEY,**                   :
                                       :
    **Defendant.**                     :
_____        :

## ORDER

By Order (Doc. 957) entered December 4, 2025, Eric Landon Gay was appointed as new counsel to represent Defendant Vernardo Henley ("Henley") in the above referenced cases. By Order (Doc. 1025) entered April 9, 2026, the Court continued sentencing in Case No. 7:23-cr-65 to June 24, 2026, to allow Mr. Gay, to request and obtain a copy of the Presentence Investigation Report from the U. S. Probation Office.[1] The Court noted that as of April 9, 2026, Mr. Gay had not entered his appearance in either of these cases and he was ordered to promptly enter such appearance. The Court further noted that the deadline to object to the Presentence Investigation Report in Case No. 7:23-cr-65 had expired without a request by counsel to extend such deadline.

As of this date, Mr. Gay has not filed the required notice of appearance in either Case No. 7:25-cr-65, nor Case No. 7:15-cr-2. Nor has an extension been requested or objections been filed in Case No. 7:25-cr-65. These matters are set for hearing on June 24, 2026.

Accordingly, Mr. Gay is **ORDERED** to comply, **instanter**, in accordance with the Rules of this Court and the Court's prior Order to enter his formal appearance as counsel in both cases. Further, to the extent appropriate, on or before **Friday, June 12, 2026**, Mr. Gay shall file objections, if any, to the Presentence Investigation Report in Case No. 7:25-cr-65. On or before **Wednesday, June 17, 2026**, the Government shall file a response to objections, if any are filed on behalf of Henley.

**SO ORDERED**, this 5th day of June 2026.

                              /s/W. Louis Sands
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**

---

[1] The revocation hearing in Case No. 7:15-cr-2 was continued to the same date.

1