**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **CASE NOS:** |
| v. | : | **7:23-cr-65–WLS-AGH-07** |
| **VERNARDO HENLEY,** | : | **7:15-cr-2–WLS-ALS-11** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Continuance (Case No. 7:23-cr-65, Doc. 1036) ("Motion") filed June 19, 2026.[1] Therein, Defendant, through counsel, Eric Landon Gay, requests a continuance of Defendant's sentencing and revocation hearings[2] which are currently scheduled for June 23, 2026. Defendant requests the continuance because Mr. Gay "received the Presentence Investigation Report from the U.S. Probation Office on June 11, 2026, for both above-styled cases," and has been unable to review the report because he has been in trial since receiving such report. (Doc. 1036 at 1).

The Court notes that Mr. Gay was appointed as counsel in these cases on December 4 and 5, 2026. Yet, he did not enter his formal appearance in either case until June 5, 2026, after being ordered twice by this Court to do so. (*See* Orders Docs. 1025, 1034). He was also previously advised that entry of his formal appearance as counsel is a prerequisite for the U.S. Probation Office to provide him with a copy of the Presentence Investigation Report. (Doc. 1025 at 1). The Court further notes that the deadline to object to the Presentence Investigation Report has expired without a request by counsel to extend such deadline.

The Court is required to "impose a sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). In Case No. 7:23-cr-65, Defendant was found guilty by a jury on January 29, 2025.

---

[1] Although the Motion is titled as "unopposed," Defense Counsel has not stated that he has conferred with Government's counsel in both cases and that such counsel does not oppose the continuance.

[2] Vernardo Henley's revocation hearing in Case No. 7:15-cr-2 is set for the same date and time as his sentencing hearing in Case No. 7:23-cr-65. Although the caption of the current Motion reflects Case No. 7:15-cr-2, Defendant's counsel failed to file the Motion in such case. The Court is, however, treating the Motion as being filed with respect to both cases.

1

(*See* Docs. 680, 682). This is Defendant's third request to continue sentencing in that case. However, based on the foregoing, the Court finds that one additional continuance of the sentencing hearing is necessary to permit Defendant and his new counsel to review the Presentence Investigation Report.

Accordingly, the Defendant's Unopposed Motion to Continue (Doc. 1036) is **GRANTED**. The June 23, 2026 sentencing and revocation hearings are **CANCELED**, and are rescheduled for **Wednesday, September 9, 2026, at 1:30 p.m.** to be held in Albany, Georgia.

In the event Defendant wishes to file objections to the Presentence Investigation Report, he shall promptly file the appropriate motion requesting an extension of the deadline.[3]

No further continuances of the sentencing and/or revocation hearings will be granted except to prevent manifest injustice upon timely written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

**SO ORDERED**, this 22nd day of June 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[3] By Order (Doc. 1034), the Court effectively extended the objection deadline to Friday, June 12, 2026. No objections nor motion to extend were filed by such deadline.

2