**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NOS:** |
| | : | **7:23-cr-065–WLS–AGH-07** |
| **VERNARDO HENLEY,** | : | **7:15-cr-002–WLS-ALS-11** |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

On October 8, 2026, Defendant Vernardo Henley is scheduled to appear before this Court for a sentencing hearing in Case No. 7-23-cr-65 and for a revocation hearing in Case No. 7:15-cr-2. Before the Court is a Motion to Withdraw as Attorney for Defendant ("Motion")[1] filed in both cases by Defendant's counsel, Eric L. Gay. Mr. Gay was appointed to represent Defendant on December 4, 2025, and now requests that he be allowed to withdraw as Defendant's counsel in both cases. The basis for Mr. Gay's request is that he will no longer be accepting appointed cases in federal court because his state court obligations affect the time he is able to devote to representation of his federal defendants.

As noted above, Defendant is scheduled to appear before this Court on October 8, 2026, for a sentencing hearing in Case No. 7-23-cr-65 and for a revocation hearing in Case No. 7:15-cr-2, and Mr. Gay has represented Defendant since December 4, 2025. In view of same, it would appear that Mr. Gay, given appropriate accommodation, should be able to more effectively and efficiently represent Defendant than a newly appointed counsel.

Accordingly, Mr. Gay is directed to consider what accommodation(s) would allow counsel to effectively complete his representation of Defendant in these matters. Counsel shall respond in writing no later than seven (7) days after entry of this Order, or by no later than **Wednesday, September 23, 2026**.

**SO ORDERED**, this 16th day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

[1] The Motion is filed as Doc. 1049 in Case No. 7-23-cr-65, and Doc. 448 in Case No. 7:15-cr-2.