IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NOS:** |
| | : | **7:23-cr-065–WLS–AGH-07** |
| **VERNARDO HENLEY,** | : | **7:15-cr-002–WLS-ALS-11** |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

On October 8, 2026, Defendant Vernardo Henley is scheduled to appear before this Court for a sentencing hearing in Case No. 7-23-cr-65 and for a revocation hearing in Case No. 7:15-cr-2. Before the Court is a Motion to Withdraw as Attorney for Defendant ("Motion")[1] filed on September 15, 2026, in both cases by Defendant's counsel, Eric L. Gay.

The Court finds that a hearing on the Motion is necessary so this matter can be addressed on the Record. Accordingly, the parties and their counsel in this case are hereby **ORDERED** to appear in person for a hearing on the Motion on **Thursday, October 8, 2026, at 1:30 p.m.** in the Albany Division of the Court located at the C.B. King United States Courthouse, 201 W. Broad Avenue, Albany, Georgia 31701. Such hearing to be held immediately prior to the sentencing and revocation hearings scheduled in these matters.

**SO ORDERED**, this 24th day of September 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

[1] The Motion is filed as Doc. 1049 in Case No. 7-23-cr-65, and Doc. 448 in Case No. 7:15-cr-2.